1  BENJAMIN B. WAGNER
   United States Attorney
2  HENRY Z. CARBAJAL III
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America

7

8                IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        ) 1:14-CR-00090-LJO-SKO
                                    )
12           Plaintiff,             ) ORDER FOR FORFEITURE MONEY
                                    ) JUDGMENT
13      v.                          )
                                    )
14 ROSAURA M. TINAJERO,             )
                                    )
15           Defendant.             )
                                    )
16 _____ )

17      Based upon the United States' Application for Forfeiture Money

18 Judgment and the plea agreement entered into between plaintiff United

19 States of America and defendant Rosaura M. Tinajero,

20      IT IS HEREBY ORDERED that

21      1.   The defendant Rosaura M. Tinajero shall forfeit to the

22 United States the sum of $148,618 and that the Court imposes a

23 personal forfeiture money judgment against defendant in that amount.

24      2.   Any funds applied towards such judgment shall be forfeited

25 to the United States of America and disposed of as provided for by

26 law.  Prior to the implementation of sentence, any funds delivered to

27 the United States to satisfy the personal money judgment shall be

28 seized and held by the U.S. Secret Service, in its secure custody and

                                    1                Order for Forfeiture Money
                                                     Judgment

1   control.

2        3.    This Order of Forfeiture shall become final as to the

3   defendant at the time of sentencing and shall be made part of the

4   sentence and included in the judgment.

5        4.    The United States may, at any time, move pursuant to Rule

6   32.2(e) to amend this Order of Forfeiture to substitute property

7   having a value not to exceed $148,618 to satisfy the money judgment

8   in whole or in part.

9
    IT IS SO ORDERED.
10

11      Dated:    **January 21, 2015**              **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order for Forfeiture Money
                                         Judgment